[No. 39090-2-I.  Division One.  January 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL FRANKLIN
JOHNSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00047-1, Thomas J. Wynne, J., entered January 3 and January 12, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Cox, JJ.

[No. 39504-1-I.  Division One.  January 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SILVIO
DREKE-MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04836-1, Faith Enyeart Ireland, J., entered October 14, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39543-2-I.  Division One.  January 20, 1998.]

LAWRENCE EASLEY, *Appellant*, v. SEA-LAND SERVICE, INC.,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-11791-1, Marsha J. Pechman, J., entered October 15, 1996. *Reversed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 16168-4-III.  Division Three.  January 22, 1998.]

PAULA McELLIOTT, *Appellant*, v. SPOKANE LEGAL SERVICES
CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-02845-8, Tari S. Eitzen, J., entered October 9, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kato, J.